CLARA B. DRUAR, as Executrix of JOHN DRUAR, Deceased, Respondent, v. ROBERT W. JONES et al., Appellants, Impleaded with Another.

*Druar* v. *Jones*, 107 App. Div. 621, affirmed.
(Argued April 27, 1906; decided May 15, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 26, 1905, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover for work performed and materials furnished pursuant to an alleged verbal contract.

*Adelbert Moot*, *William M. Wheeler* and *George C. Riley* for appellants.

*Henry W. Killeen* and *John S. Druar* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM A. MYERS, Appellant.

*People* v. *Myers*, 109 App. Div. 143, affirmed.
(Argued April 30, 1906; decided May 15, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 20, 1905, which reversed an order of the Wayne County Court sustaining a demurrer to an indictment charging defendant with a violation of section 31 of the Liquor Tax Law and overruled such demurrer.

*George Raines* and *De L. Stow* for appellant.

*Charles T. Ennis* for respondent.

Order affirmed; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN and WERNER, JJ. Dissenting: WILLARD BARTLETT, J. Not sitting: HISCOCK, J.